of Appeals for the Fifth Circuit denied. *Stephen T. Povich, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for respondent.

No. 829. MACKRETH *v.* WILLIAMS, WARDEN. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.

No. 960. BAKER *v.* RAGEN, WARDEN. March 5, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 334. PADDY *v.* UNITED STATES. March 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE MURPHY is of opinion that the writ should be granted. *William James Paddy, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. W. Marvin Smith, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 662. PERRY *v.* UNITED STATES. March 5, 1945. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit and motion for other relief are denied. *H. E. Perry, pro se.* *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 816. KELLY *v.* UNITED STATES. March 5, 1945. The petition for writ of certiorari to the Circuit Court of